IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                     No. CR S-07-571 GEB EFB P

    vs.

ARMANDO SANCHEZ,

    Movant.                      <u>ORDER</u>

_____/

    Movant, a federal prisoner proceeding without counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Respondent has filed a motion to dismiss movant's § 2255 motion. Movant is directed to file an opposition or statement of no opposition within thirty days of the date of this order. Respondent's reply, if any, is due fourteen days thereafter.

    So ordered.

Dated: February 10, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE