IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Respondent,      No. CR S-07-0571 GEB EFB P

  vs.

ARMANDO SANCHEZ,

   Movant.       ORDER

_____/

   Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On May 20, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Movant has filed objections to the findings and recommendations.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed May 20, 2011, are adopted in full; and

3  2. Movant's § 2255 motion is dismissed and the Clerk is directed to close the companion civil case, No. Civ. S-10-2973 GEB EFB.  Fed. R. Civ. P. 41(b); Rule 12, Rules Governing § 2255 Cases.

Dated: July 14, 2011

GARLAND E. BURRELL, JR.
United States District Judge

2